# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| ANTONIO SIERRA, | : | No. 27 WAP 2016 |
| | : | |
| Appellant | : | Appeal from the Order of the Court of |
| | : | Common Pleas of Erie County dated July |
| | : | 26, 2016 at No. 10808-2016 |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1ˢᵗ day of November, 2016, the Notice of Appeal is **QUASHED**. The Application for Relief, Application to Proceed In Forma Pauperis, and Pro Se Notice to be Heard Before a Judge are **DISMISSED AS MOOT**.